# EXHIBIT 8



## Biofrontera Progresses with Expansion of U.S. Subsidiary with Key Personnel Hires

- **Appoints regional sales managers and sales representatives**
- **Appoints key operations and medical affairs team**
- **Remains on target for September 2016 launch of Ameluz® in the U.S.**

**Leverkusen, Germany, June 23, 2016** – Biofrontera AG (FSE: B8F), the specialist for the treatment of sun-induced skin cancer, today announced that the Company continues to progress with the expansion of its U.S. subsidiary with key personnel hires.

Biofrontera Inc. has made essential U.S. sales and operational hires ahead of the U.S. launch of Ameluz®. With the appointment of regional sales managers and sales representatives, the Company remains on target to initiate the marketing and commercialization of Ameluz® in September 2016. In tandem, Biofrontera has also hired key appointments in medical affairs, finance and operations that will support the launch and expansion of the infrastructure necessary to drive sales quickly and efficiently.

"We are very excited to welcome on board a highly experienced and talented U.S. team as we continue to prepare for the U.S. launch of Ameluz® for actinic keratosis," commented Prof. Dr. Hermann Lübbert, CEO of Biofrontera. "Our new regional sales managers and representatives in conjunction with the medical affairs team will play a critical role in driving adoption of Ameluz® by dermatologists in the U.S. The bolstered operational team will ensure that there is proper infrastructure support to successfully enter one of the largest dermatology markets in the world."

On May 10, 2016, the Company received marketing approval from the U.S. Food and Drug Administration (FDA) for its combination topical prescription drug Ameluz® and medical device BF-RhodoLED® for lesion-directed as well as field-directed treatment of mild to moderate actinic keratosis (AK) on the face and scalp. Already in December 2011 Ameluz® was granted marketing authorization by the European Medicines Agency (EMA) and currently has established sales in 13 countries.

**-Ends-**



**Enquiries, please contact: Biofrontera AG**      +49 (0) 214 87 63 2 0
Thomas Schaffer, Chief Financial Officer       press@biofrontera.com

**IR Germany: Brainwell Asset Solutions**       +49 (0) 152 08931514
Jürgen Benker

**IR UK: Seton Services**                        +44(0) 20 7729 0805
Toni Vallen

**IR and PR US: The Ruth Group**
IR: Lee Roth / Tram Bui                          +1 646-536-7012 / 7035
PR: Kirsten Thomas                               +1 508-280-6592


**About Biofrontera**

**Biofrontera Group** (FSE: B8F, ISIN DE0006046113) **Biofrontera** is a biopharmaceutical company specializing in the development, sale and distribution of drugs, medical devices and medical cosmetics for the care and treatment of skin diseases. Biofrontera's lead product is Ameluz®, a prescription drug which was initially approved and marketed in Europe and is now also approved in the U.S. in combination with its medical lamp BF-RhodoLED® for photodynamic therapy (PDT) treatment (light therapy) of mild and moderate actinic keratosis, a precursor to squamous cell carcinoma. Biofrontera is the first German pharmaceutical start-up company to obtain centralized EU and now U.S. approval for a medical device/drug it has developed itself.

The company also markets the Belixos® dermatological range of cosmetics. Belixos® products, a cream, a gel and a scalp tonic, contain combinations of active substances extracted from plants, relieve itching and redness and are used for the regenerative care of chronic skin conditions such as atopic dermatitis or psoriasis. The Belixos® Protect, a daily skincare for sun-damaged skin, complements this dermo-cosmetic line. All Belixos® products are available in Europe through Amazon.

The Biofrontera Group was established in 1997 by Prof. Dr Hermann Lübbert, the Chairman of the company's Management Board, and has its headquarters in Leverkusen, Germany.

For more information, visit **www.biofrontera.com**

*This communication expressly or implicitly contains certain forward-looking statements concerning the business activities of Biofrontera AG. These forward-looking statements reflect the opinion of Biofrontera at the time of this communication and involve certain known and unknown risks. The actual results achieved by Biofrontera may differ significantly from future results or performances which are published in its forward-looking statements. Biofrontera assumes no responsibility to update its forward-looking statements.*