**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC.<br><br>        Plaintiff<br><br>    v.<br><br>BIOFRONTERA INC., BIOFRONTERA BIOSCIENCE GMBH, BIOFRONTERA PHARMA GMBH, BIOFRONTERA DEVELOPMENT GMBH, BIOFRONTERA NEUROSCIENCE GMBH, AND BIOFRONTERA AG,<br><br>        Defendants. | Civil Action No. 1:18-cv-10568-RGS<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Plaintiff DUSA Pharmaceuticals, Inc. ("DUSA") and Defendants Biofrontera Inc., Biofrontera Bioscience GmbH, Biofrontera Pharma GmbH, and Biofrontera AG ("Biofrontera") (collectively, "the parties") submit this joint statement to identify disputed claim terms. The parties have attempted to narrow the issues at the claim construction hearing through meet and confer. Additionally, the parties have discussed the anticipated length of time necessary for the claim construction hearing, use of tutorials, and the order and priority of arguments, as set forth below.

**I.    Disputed Terms**

The parties dispute the constructions of four (4) claim terms from U.S. Patent No. 9,723,991 ("the '991 patent), two (2) of which also appear in U.S. Patent No. 8,216,289 ("the '289 patent").

The following joint claim construction chart sets forth each party's proposed construction of each disputed term:

| Term | Claim(s) | DUSA's Construction | Biofrontera's Construction | Court's Construction |
|---|---|---|---|---|
| "illuminator" | '991: claims 1-3, 5-7, 9-12<br><br>'289: claims 1-6, 16-19 | "a light emitting medical instrument"<br><br>Evidence:<br>Ex. A to DUSA's Opening Br. ('991 pat.) at Abstract; 1:26-34; 2:11-44; 2:50-60; 2:64-67; 3:7-21; 3:43-51; 4:8-13; 4:24-34; 4:46-48; 5:35-37; 5:51-59; 6:29-31; 15:37-42; Fig. 1; claims 1-3, 5-7, 9-12.<br><br>Ex. B to DUSA's Opening Br. ('289 pat.) at Abstract; 3:36-44; 6:16-17; 15:6-11; claims 1-6, 16-19.<br><br>Ex. C to DUSA's Opening Br. (U.S. Patent No. 6,709,446) at claim 1.<br><br>Ex. D to DUSA's Opening Br. (U.S. Patent No. 6,223,071) at claims 1, 2.<br><br>Kozodoy Tr., ECF No. 71-6 at 64:13-15.<br><br>Zamenhof Decl., ECF No. 74-0 at ¶¶ 26, 28-29. | "one or more light sources generally conforming to a contoured surface"<br><br>Evidence:<br>Ex. 1 to Biofrontera's Opening Br. ('289 Patent) at Abstract (ECF No. 71-1); 1:41-54; 1:55-2:7; 2:11-30; 2:37-45; 2:44-53; 2:66-3:6; 3:7-14; 3:15-19; 3:29-33; 4:1-6; 4:9-17; 4:32-35; 4:35-43; 4:46-47; 4:66-67; 5:27-29; 5:40-45; 6:10-30; 6:31-42; 6:44-59; 15:6-11; 15:12-16; 15:38-46; Figs. 1, 2, 4A; claims 1-6, 16-19.<br><br>Ex. 2 to Biofrontera's Opening Br. ('991 Patent) (ECF No. 71-2) at Abstract; 1:45-58; 1:59-2:11; 2:17-36; 2:42-45; 2:50-60; 3:7-14; 3:15-21; 3:22-26; 3:36-40; 4:8-12; 4:16-23; 4:38-41; 4:42-49; 5:35-37; 5:51-56; 6:23-43; 6:44-55; 6:56-7:5; 15:37-42; 15:46-49; 16:4-13; Figs. 1, 2, 4A; and claims 1-3, 5-7, and 9-12.<br><br>Ex. 3 to Biofrontera's Opening Br. ('289 Patent File History) (ECF No. 71-3) at 5.<br><br>Ex. 4 to Biofrontera's Opening Br. ('991 Patent | |

| | | | | |
|---|---|---|---|---|
| | | | File History) (ECF No. 71-4) at 4.<br><br>Ex. 5 to Biofrontera's Opening Br. (Inventor Leppelmeier Depo. Tr.) (ECF No. 71-5) at 60:19-61:16; 61:15-62:4.<br><br>Ex. 6 to Biofrontera's Opening Br. (Inventor Kozodoy Depo. Tr.) (ECF No. 71-6) at 63:7-13; 64:11-65:10; 65:19-25; 69:14-70:2. | |
| "plurality of light sources configurable in a spaced relationship to the patient" | '991: claim 1 | plain and ordinary meaning<br><br>Evidence:<br>Ex. A to DUSA's Opening Br. ('991 pat.) at Abstract; 1:26-34; 2:11-44; 2:50-60; 2:64-67; 3:7-21; 3:43-51; 4:8-13; 4:24-34; 4:46-48; 5:35-37; 5:51-59; 6:29-31; 15:37-42; Fig. 1; claim 1.<br><br>Ex. B to DUSA's Opening Br. ('289 pat.) at Abstract; 3:36-44; 6:16-17; 15:6-11.<br><br>Ex. C to DUSA's Opening Br. (U.S. Patent No. 6,709,446) at claim 1.<br><br>Ex. D to DUSA's Opening Br. (U.S. Patent No. 6,223,071) at claims 1, 2. | "plurality of light sources generally conforming to a contoured surface"<br><br>Evidence:<br>Ex. 2 to Biofrontera's Opening Br. ('991 Patent) (ECF No. 71-2) at Abstract; 1:45-58; 1:59-2:11; 2:17-36; 2:42-45; 2:50-60; 3:7-14; 3:15-21; 3:22-26; 3:36-40; 4:8-12; 4:16-23; 4:38-41; 4:42-49; 5:35-37; 5:51-56; 6:23-43; 6:44-55; 6:56-7:5; 15:37-42; 15:46-49; 16:4-13; Figs. 1, 2, 4A; and claim 1.<br><br>Ex. 3 to Biofrontera's Opening Br. ('289 Patent File History) (ECF No. 71-3) at 5.<br><br>Ex. 4 to Biofrontera's Opening Br. ('991 Patent File History) (ECF No. 71-4) at 4. | |

| | | Kozodoy Tr., ECF No. 71-6 at 64:13-15.<br><br>Zamenhof Decl., ECF No. 74-0 at ¶¶ 26, 30-35. | Ex. 5 to Biofrontera's Opening Br. (Inventor Leppelmeier Depo. Tr.) (ECF No. 71-5) at 60:19-61:16; 61:15-62:4.<br><br>Ex. 6 to Biofrontera's Opening Br. (Inventor Kozodoy Depo. Tr.) (ECF No. 71-6) at 63:7-13; 64:11-65:10; 65:19-25; 69:14-70:2. | |
|---|---|---|---|---|
| "all operation distances" | '289: claim 1<br><br>'991: claim 11 | plain and ordinary meaning<br><br>Evidence:<br>Ex. A to DUSA's Opening Br. ('991 pat.) at 15:37-42; claims 1, 2, 11.<br><br>Ex. B to DUSA's Opening Br. ('289 pat.) at claims 1, 7-15.<br><br>Ex. E to DUSA's Opening Br. (Excerpt of Biofrontera's IPR Petition on the '991 patent) at 29, 41-42, 52, 62-63, 68.<br><br>Ex. F to DUSA's Opening Br. (Excerpt of Biofrontera's IPR Petition on the '289 patent) at 22, 27, 39, 44, 55.<br><br>Amended Compl., ECF No. 44-11, (Ex. 11, Excerpts of BF-RhodoLED's Manual) at 8. | Indefinite<br><br>Evidence:<br>Ex. 1 to Biofrontera's Opening Br. ('289 Patent) (ECF No. 71-1) at 15:10-11; claims 1 and 2.<br><br>Ex. 2 to Biofrontera's Opening Br. ('991 Patent) (ECF No. 71-2) at 15:41-42; claim 11. | |

| | | | | |
|---|---|---|---|---|
| | | Zamenhof Decl., ECF No. 74-0 at ¶¶ 25-26, 36-40. | | |
| "uniform output of light"<br><br>"the light sources are configured and controlled to provide a uniform output of at least one of blue light and red light" | '991: claims 1, 12 | "output of light sufficient to activate a target photosensitizer"<br><br>"the light sources are configured and controlled to provide output of at least one of blue light and red light sufficient to activate a target photosensitizer"<br><br>Evidence:<br>Ex. A to DUSA's Opening Br. ('991 pat.) at 2:29-44; 4:24-33; claims 1, 12.<br><br>Ex. E to DUSA's Opening Br. (Excerpt of Biofrontera's IPR Petition on the '991 patent) at 9, 10, 26-27, 29, 32, 43-45, 53, 55-56, 58, 63, 65, 68.<br><br>Ex. H to DUSA's Opening Br. (Applicant's 2/6/17 Remarks in Reply to Office Action) at 5.<br><br>Ex. I to DUSA's Opening Br. (Applicant's 10/3/00 Remarks in Reply to Office Action) (6,223,071 File History) at 3.<br><br>Ex. J to DUSA's Opening Br. | Indefinite<br><br>Evidence:<br>Ex. 2 to Biofrontera's Opening Br. ('991 Patent) (ECF No. 71-2) at 2:29-45; 2:50-53; 3:9-14; 15:59-65; 16:14-16; claims 1, 2, and 12. | |

| | | (Applicant's 11/12/09 Remarks in Reply to Office Action) (7,723,910 File History) at 9.<br><br>Zamenhof Decl., ECF No. 74-0 at ¶¶ 24, 26, 41. | | |
|---|---|---|---|---|

## II.   Anticipated Length of Hearing

The parties anticipate that the length of time required for the claim construction hearing will be **2.5 hours**.

## III.   Tutorials

The parties intend to provide the Court with a brief technology tutorial germane to the claim construction disputes, not to exceed 20 minutes per side.  The parties will exchange slides and any other materials related to the technology tutorial 5 days before the claim construction hearing.

The parties do not intend to call any witnesses at the hearing.

## IV.   Order of Arguments

The parties propose that the order in which parties will present their arguments at the claim construction hearing will be **term-by-term**, with DUSA proceeding first on the "illuminator" term, followed by a response from Biofrontera, and a rebuttal and sur-rebuttal if necessary.  On the remaining terms, the procedure will be similar, with Biofrontera proceeding first.

Dated:  November 2, 2018                    Respectfully submitted,

| DUSA PHARMACEUTICALS, INC. By counsel: | BIOFRONTERA By counsel: |
|---|---|
| /s/ Kevin Su<br>Kevin Su (BBO # 663,726)<br>su@fr.com<br>Adam J. Kessel (BBO # 661,211)<br>kessel@fr.com<br>Jenny Shmuel (BBO # 684,636)<br>shmuel@fr.com<br>Brendan F. Murphy (BBO # 699,503)<br>bmurphy@fr.com<br>Fish & Richardson P.C.<br>One Marina Park Drive<br>Boston, MA 02110<br>Phone: 617-542-5070 / Fax: 617-542-8906<br><br>Betty H. Chen, SBN 290588<br>Admitted *pro hac vice*, bchen@fr.com<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Phone:  650-893-5070 / Fax:  650-893-5071<br><br>Jacqueline Tio, GA Bar No. 940367<br>Admitted *pro hac vice*, tio@fr.com<br>Wonjoon Chung, GA Bar No. 396468<br>Admitted *pro hac vice*, chung@fr.com<br>Fish & Richardson P.C.<br>1180 Peachtree Street N.E., 21st floor<br>Atlanta, GA 30309<br>Phone:  404-892-5005 / Fax:  404-892-5002<br><br>Jeremy T. Saks, NY Reg. No. 5302542<br>Admitted *pro hac vice*, saks@fr.com<br>Fish & Richardson P.C.<br>601 Lexington Avenue, 52nd Floor<br>New York, NY 10022<br>Phone: 212-765-5070 / Fax: 212-258-2291 | /s/ Justin R. Lowery<br>Nellie E. Hestin (BBO No. 676886)<br>McGuireWoods LLP<br>260 Forbes Avenue<br>Suite 1800<br>Pittsburgh, PA 15222<br>Telephone: 412-667-7909<br>Facsimile: 412-667-6050<br>nhestin@mcguirewoods.com<br><br>-and-<br><br>David E. Finkelson<br>Brian C. Riopelle<br>Justin R. Lowery<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>T: 804.775.1157<br>F: 804.225.5377<br>dfinkelson@mcguirewoods.com<br>briopelle@mcguirewoods.com<br>jlowery@mcguirewoods.com<br>(*admitted pro hac vice*) |

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 2nd day of November, 2018.

*/s/ Kevin Su*
Kevin Su