# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC.<br><br>Plaintiff<br><br>v.<br><br>BIOFRONTERA INC., BIOFRONTERA BIOSCIENCE GMBH, BIOFRONTERA PHARMA GMBH, BIOFRONTERA DEVELOPMENT GMBH, BIOFRONTERA NEUROSCIENCE GMBH, AND BIOFRONTERA AG,<br><br>Defendants. | Civil Action No. 1:18-cv-10568-RGS |

## JOINT NOTICE OF SETTLEMENT

The Parties have reached a fully-executed and binding agreement resolving their dispute based on a confidential settlement agreement. The Parties expect to finalize and consummate the relevant details within 30 days, which will include a joint motion to dismiss with prejudice and a request for the Court to retain its jurisdiction to enforce the Parties' agreement.

Accordingly, the Parties respectfully request that the Court enter a settlement order of dismissal, providing that this action will be dismissed with prejudice in 30 days so long as the settlement is consummated.

The Parties thank the Court and its staff for all of their efforts in overseeing this litigation over the past nearly four years.

Dated: November 29, 2021                                                                Respectfully submitted,

| | |
|---|---|
| */s/ Betty Chen* | */s/ Justin R. Lowery* |
| Kevin Su, MA Bar No. 663726 | Carolee Ann Hoover (BBO No. 665104) |
| su@fr.com | MCGUIREWOODS LLP |
| Fish & Richardson P.C. | Two Embarcadero Center |
| One Marina Park Drive | 201 Clay Street, Suite 1300 |
| Boston, MA 02110 | San Francisco, CA 94111 |
| Phone: 617-542-5070 / Fax: 617-542-8906 | Telephone: 415.844.1971 |
| | Facsimile: 415.844.1914 |
| Betty H. Chen, SBN 290588 | choover@mcguirewoods.com |
| Admitted *pro hac vice*, bchen@fr.com | |
| Fish & Richardson P.C. | Nellie E. Hestin (BBO No. 676886) |
| 500 Arguello Street, Suite 500 | MCGUIREWOODS LLP |
| Redwood City, CA 94063 | Tower Two-Sixty |
| Phone:  650-893-5070 / Fax:  650-893-5071 | 260 Forbes Avenue, Suite 1800 |
| | Pittsburgh, PA 15222 |
| Jacqueline Tio, GA Bar No. 940376 | Telephone: 412.667.7909 |
| Admitted *pro hac vice*, tio@fr.com | Facsimile: 412.667.7993 |
| Wonjoon Chung, GA Bar No. 396468 | nhestin@mcguirewoods.com |
| Admitted *pro hac vice*, chung@fr.com | |
| Fish & Richardson P.C. | David E. Finkelson (pro hac vice) |
| 1180 Peachtree Street N.E., 21st floor | Brian C. Riopelle (pro hac vice) |
| Atlanta, GA 30309 | Justin R. Lowery (pro hac vice) |
| Phone:  404-892-5005 / Fax:  404-892-5002 | Lyle D. Kossis (pro hac vice) |
| | MCGUIREWOODS LLP |
| Jeremy T. Saks, NY Reg. No. 5302542 | Gateway Plaza |
| Admitted *pro hac vice*, saks@fr.com | 800 East Canal St |
| Fish & Richardson P.C. | Richmond, VA 23219-3916 |
| 601 Lexington Avenue, 52nd Floor | Telephone: (804) 775-1157 |
| New York, NY 10022 Kevin Su, BBO #663726 | Fax: (804) 225-5377 |
| su@fr.com | dfinkelson@mcguirewoods.com |
| Adam J. Kessel, BBO #661211 | briopelle@mcguirewoods.com |
| kessel@fr.com | jlowery@mcguirewoods.com |
| Andrew G. Pearson, BBO#688709 | lkossis@mcguirewoods.com |
| pearson@fr.com | |
| Fish & Richardson P.C. | ***Attorneys for Biofrontera Defendants*** |
| One Marina Park Drive | |
| Boston, MA 02110 | |
| Phone: 617-542-5070 / Fax: 617-542-8906 | |
| | |
| Betty H. Chen, SBN 290588 | |
| Admitted pro hac vice, bchen@fr.com | |
| Bryan K. Basso, CA Bar No. 278973 | |
| Admitted pro hac vice, basso@fr.com | |

Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone:  650-893-5070 / Fax:  650-893-5071

Jacqueline Tio, GA Bar No. 940367
Admitted pro hac vice, tio@fr.com
Wonjoon Chung, GA Bar No. 396468
Admitted pro hac vice, chung@fr.com
Fish & Richardson P.C.
1180 Peachtree Street N.E., 21st floor
Atlanta, GA 30309
Phone:  404-892-5005 / Fax:  404-892-5002

Jeremy T. Saks, NY Reg. No. 5302542
Admitted pro hac vice, saks@fr.com
Fish & Richardson P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Phone: 212-765-5070 / Fax: 212-258-2291

***Attorneys for Plaintiff DUSA
Pharmaceuticals, Inc.***