UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DUSA Pharmaceuticals, Inc.

    Plaintiff

v.                                 CIVIL ACTION NO. 1:18-10568-RGS

Biofrontera Inc., Biofrontera Bioscience GmbH,
Biofrontera Pharma GmbH, Biofrontera AG

    Defendants

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The court having been advised on November 29, 2021, that the above-entitled action has settled:

It is ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (30) days if settlement is not consummated.

                                                                                 By the court,

Dated: November 29, 2021                                    /s/ Arnold Pacho
                                                                                      Deputy Clerk